United States District Court
Southern District of Texas
**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GE VERNOVA, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-3035 |
| | § | |
| PREETHAM BALASUBRAMAN, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

The Court resets the  May 7, 2026, hearing on Plaintiff GE Vernova Inc.'s Motion for

Temporary Restraining order from 4:00 p.m. to **1:30 p.m. ET.** Parties shall appear telephonically

unless they prefer to jointly request an in-person hearing, in which case they must contact Arturo

Rivera by email. The dial-in instructions are as follows:

> +1 669-254-5252.
>
> Enter Meeting ID: 160 7362 7986#
>
> No participant ID − press #
>
> Followed by Passcode: 3716#.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 4th day of May, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE