United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GE VERNOVA INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:26-cv-03035 |
| | § | |
| PREETHAM BALASUBRAMANYAM, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**AGREED ORDER GRANTING JOINT MOTION TO DISMISS**

On this day came to be considered the Joint Motion to Dismiss (the "Motion") filed by Plaintiff GE Vernova Inc. ("Plaintiff") and Defendant Preetham Balasubramanyam ("Defendant") (all collectively, the "Parties"). After considering the Motion and the record on file in this case, and noting the agreement of the Parties, the Court finds that the Motion should be GRANTED. It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims asserted in this case are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED, ADJUDGED and DECREED** that all costs in this proceeding are taxed against the party incurring the same.

**SO ORDERED** this 31st day of August 2026.

[signature]
Hon. Keith P. Ellison
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

*<u>/s/ Julie A. Hardin</u>*
Julie A. Hardin
*Attorney-in-Charge*
State Bar No. 24013613
Southern District of Texas Bar No. 26459
jhardin@reedsmith.com
Nicole S. Soussan
State Bar No. 24079371
Southern District of Texas Bar No. 1055672
nsoussan@reedsmith.com
1221 McKinney Street, Suite 1200
Houston, Texas 77010
Telephone: (713) 469-3800

***Attorneys for Plaintiff GE Vernova Inc.***

*<u>/s/ Maria A. Garrett</u>*
Marc D. Katz
Texas State Bar No. 00791002
SDTX No. 23809
marc.katz@vkhh.com
Maria A. Garrett, *Attorney-in-Charge*
Texas State Bar No. 24099673
SDTX No. 3327868
maria.garrett@vkhh.com
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340

***Attorneys for Defendant Preetham Balasubramanyam***